# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOMAS R. TISHER,<br><br>    Plaintiff,<br><br>v.<br><br>DILIP TANNAN,<br><br>    Defendant. | Case No. 18-CV-197-JPS<br><br>**ORDER** |

On April 6, 2018, Plaintiff filed a document titled "notice of additional defendant." (Docket #14). Plaintiff says that he learned the identity of another potential defendant in this matter and asks that "the Court make the addition" of that defendant and "update/or adjust any timelines that are necessary in this case." *Id.* Plaintiff's request must be denied. If Plaintiff wishes to alter his pleadings, he must file a motion for leave to amend them and attach his proposed amended complaint. Pleadings may not be amended in the piecemeal fashion as Plaintiff requests here. Further, the Court notes that an amended complaint supersedes the prior complaint and must be complete in itself without reference to the original complaint. *See Duda v. Bd. of Educ. of Franklin Park Pub. Sch. Dist. No. 84*, 133 F.3d 1054, 1056–57 (7th Cir. 1998).

Accordingly,

**IT IS ORDERED** that Plaintiff's request to add a defendant to this matter (Docket #14) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 10th day of April, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge